U.S.D.J. **KIYO A. MATSUMOTO**    DATE: 1/30/2025    TIME: 11:00 a.m. – 11:40am.

## CRIMINAL CAUSE FOR PLEADING

**USA v. Anthony Villani** (dob)    Docket No. 22- CR- 405 [KAM]

**Defense Counsel: Ilana Haramati, Henry Mazurek, Esq.** (retained)

**Govt by Antionette Rangel**    Deputy: S. Jackson    CR: Anthony Frisolone

X  Case Called            __ Defendant's First Appearance

X  Defendant: X Sworn  __ Arraigned  X Informed of Rights

___ Waiver of Indictment Executed for Defendant

___ Superseding Indictment/Information Filed

___ Bench Warrant Issued:_____

___ Defendant Enters Plea of Guilty to Count _ of the Information/Superseding Indictment/Information.

X  Defendant Withdraws Not Guilty Plea and Entered Plea of Guilty to Counts 1 of the Superseding **Indictment.**

X  Court Finds Factual Basis for the Plea

X  Sentencing is scheduled for **May 22, 2025, at 12:45 pm**

_  Defendant continued on Bond

___ Bail/Bond: ____ Set ____ Continued for Defendant ____ Continued in Custody

___ Case Adjourned to ___/___/___ at _____

X  Court accepts the Plea of Guilty.

X  Transcript Ordered

X  Counsel are advised that they are expected to follow Federal Rules of Criminal Procedure 32 with regards to objections, corrections or comments to the Presentence Report (PSR). Defense counsel must respond to PSR within two weeks of receipt of the psr, the government will respond one week thereafter. PSR objections shall be directed to the probation officer but need not be filed via ecf.

X  Sentencing motions/submissions or letters of support on behalf of the defendant (apart from PSR objections) shall be submitted as follows: Counsel on behalf of the defendant shall file a sentencing memoranda by close of business on **4/30/2025**, the government will respond by **5/7/2025**, any reply by the defendant, shall be served and filed electronically by close of business on **5/14/2025**.