

*Henry E. Mazurek*
*Partner*
Direct (212) 655-3594
Fax (212) 655-3535
hem@msf-law.com

May 21, 2025

**VIA ECF**

Hon. Kiyo A. Matsumoto
United States District Court Judge
United States Courthouse
225 Cadman Plaza East
Courtroom 6C South
Brooklyn, NY 11201

    Re:    *United States v. Anthony Villani*, 22-cr-405 (KAM)

Judge Matsumoto:

    We represent defendant Anthony Villani in the above-referenced case. We write to respectfully request the temporary modification of Mr. Villani's bail conditions to allow Mr. Villani to attend a family gathering on Sunday, May 25, 2025 hosted by his girlfriend's family in Hurley, NY. This travel will be subject to his current curfew and other bail conditions, under the supervision of Pretrial Services.

    We have conferred with counsel for the government and Pretrial Services who consent to this request.

        Respectfully submitted,

          /s/ HEM

        Henry E. Mazurek
        Ilana Haramati

        *Counsel for Defendant Anthony Villani*

cc:    Counsel of Record (*via ECF*)
       Pretrial Services (*via Email*)